

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00089-CV

IN THE INTEREST OF
S.N.P., A CHILD

------------

FROM THE 231ST DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant has attempted to appeal the trial court's January 9, 2012 child support modification order. We notified appellant of our concern that we lacked jurisdiction over the appeal because the trial court clerk had informed us that the trial judge had not signed an order, and we informed appellant that because it

---

[1]See Tex. R. App. P. 47.4.

appeared that there was no final judgment or order subject to appeal, her notice of appeal appeared to be premature.  *See* Tex. R. App. P. 26.1, 27.1(a).

We also informed appellant that the parties would have until March 27, 2012, to correct the defect in the record by furnishing this court a signed copy of the order appellant seeks to appeal.  And we warned that if no order had been signed and furnished by that time, we would dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

As of April 20, 2012, we have received no signed order.  Therefore, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).


PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  May 3, 2012